# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THI MY TY PHAN,<br>*Petitioner*<br><br>v.<br><br>SECRETARY, USDHS KRISTI NOEM, US ATTY GENERAL PAM BONDI, ACTING FIELD DIR. SYLVESTER M ORTEGA, ACTING DIRECTOR TODD M. LYONS, REYNALDO CASTRO, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; AND DIRECTOR DAREN K. MARGOLIN,<br>*Respondents* | § § § § § § § § § § § § § | Case No.  SA-26-CA-00197-XR |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Thi My Ty Phan, who is currently detained in the Dilley Immigrant Processing Center in Dilley, Texas, located in the Western District of Texas. ECF No. 1 at 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Jo Bondi, U.S. Attorney General;

2. Kristi Lynn Noem, Secretary of Homeland Security;

3. Sylvester Ortega, Director of Removal Operations for the San Antonio Field Office of the U.S. Immigration and Customs Enforcement

4. Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and

      5.   Daren K. Margolin, Director of the Executive Office for Immigration Review.

*See* FED. R. CIV. P. 4(i). Service should be directed to

>Stephanie Rico
>Civil Process Clerk
>U.S. Attorney's Office for the Western District of Texas,
>601 N.W. Loop 410, Suite 600
>San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, Dilley Immigration Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

>Warden
>Dilley Immigration Processing Center
>300 El Rancho Way
>Dilley, TX 78017

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

It is so **ORDERED**.

**SIGNED** this 16th day of January, 2026.

                                        XAVIER RODRIGUEZ
                                      UNITED STATES DISTRICT JUDGE